PAUL B. SCHROEDER, Esq. (SBN 179527)
CLIFFORD HIRSCH, Esq. (SBN 102085)
CLIFFORD HIRSCH, A Professional Law Corporation
100 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
Telephone: (925) 935-9800
Facsimile: (925) 935-9825
Email: pschroeder@chirschlaw.com

ALAN L. FRANK, Esq. (Pro Hac Vice)
ALAN L. FRANK LAW ASSOCIATES
8380 Old York Road, Suite 410
Elkins Park, PA 19027
Telephone: (215) 935-1000
Facsimile: (215)935-1110
Email: afrank@alflaw.net

Attorneys for Defendants/Cross-Complainants BRANDOW'S FAIRWAY CHRYSLER JEEP, INC., a Pennsylvania corporation; BRANDOW CHRYSLER JEEP COMPANY, a Pennsylvania corporation; and BRANDOW CHEVROLET, INC., a New Jersey corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 1-800-BAR-NONE, A FINANCIAL CORPORATION, INC., a California corporation, JAMES CROUSE, individually and as designated representative of the former Bar None, Inc. shareholders,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDOW'S FAIRWAY CHRYSLER JEEP, INC., a Pennsylvania corporation; BRANDOW CHRYSLER JEEP COMPANY, a Pennsylvania corporation; BRANDOW CHEVROLET, INC., a New Jersey corporation, MARGARET M. STUSKI, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | Case No: C06-05507-CW<br><br>**STIPULATION AND ORDER** |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. This case will be mediated on February 1, 2007 before David Garcia at JAMS'

CLIFFORD HIRSCH
A Professional Corporation
100 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
(925) 935-9800

1

STIPULATION AND ORDER

1 | San Francisco office;

2 |     2. The case should be removed from the court's mediation program and Mr.

3 | Strombotne released from his obligation to mediate the case;

4 |     3. Mediation fees will be paid as follows:

5 |        1/3 by 1-800 Bar None and Mr. Crouse;

6 |        1/3 by the Brandow entities;

7 |        1/3 by Ms. Stuski.

Dated: 1/3/07

THELEN, REID & PRIEST, LLP

By: /s/ Keith Slenkovich
Keith L. Slenkovich
Attorney for Plaintiff and
Cross-Defendant James Crouse

Dated:

CLAPP, MORONEY, BELLAGAMBA, VUCINICH

By: _____
Jeffrey M. Vucinich
Attorney for Margaret M. Stuski

Dated: 1/8/07

CLIFFORD HIRSCH
A Professional Law Corporation

By: /s/ Paul B. Schroeder
Paul B. Schroeder
Attorneys for Defendants/Cross-Complainants
BRANDOW'S FAIRWAY CHRYSLER JEEP,
INC., a Pennsylvania corporation; BRANDOW
CHRYSLER JEEP COMPANY, a Pennsylvania
corporation; and BRANDOW CHEVROLET,
INC., a New Jersey corporation

CLIFFORD HIRSCH
A Professional Corporation
100 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
(925) 935-9800

2

STIPULATION AND ORDER

1 | San Francisco office;

2 |     2. The case should be removed from the court's mediation program and Mr.
3 | Strombotne released from his obligation to mediate the case;
4 |     3. Mediation fees will be paid as follows:
5 |         1/3 by 1-800 Bar None and Mr. Crouse;
6 |         1/3 by the Brandow entities;
7 |         1/3 by Ms. Stuski.

9 | Dated:                               THELEN, REID & PRIEST, LLP

11 |                                     By: _____
12 |                                     Keith L. Slenkovich
                                    Attorney for Plaintiff and
                                    Cross-Defendant James Crouse

14 | Dated: 12/3/06                   CLAPP, MORONEY, BELLAGAMBA, VUCINICH

                                    By: _____
                                    Jeffrey M. Vucinich
                                    Attorney for Margaret M. Stuski

19 | Dated:                               CLIFFORD HIRSCH
                                    A Professional Law Corporation

                                    By: _____
22 |                                     Paul B. Schroeder
                                    Attorneys for Defendants/Cross-Complainants
                                    BRANDOW'S FAIRWAY CHRYSLER JEEP,
                                    INC., a Pennsylvania corporation; BRANDOW
                                    CHRYSLER JEEP COMPANY, a Pennsylvania
                                    corporation; and BRANDOW CHEVROLET,
                                    INC., a New Jersey corporation

CLIFFORD HIRSCH
A Professional Corporation
00 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
(925) 935-9800

2

STIPULATION AND ORDER

## ORDER

The Court having considered the stipulation of the parties and good cause appearing therefor, hereby orders:

1. This case is removed from the court's mediation program;
2. Mr. Strombotne is released from his obligations to mediate the case;
3. The parties are ordered to mediate as agreed before David Garcia at JAMS' San Francisco office on February 1, 2007, the fees to be split equally in thirds among the parties as set forth in the Stipulation.

Dated: 1/11/07

_____
JUDGE OF THE U.S. DISTRICT COURT

CLIFFORD HIRSCH
A Professional Corporation
00 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
(925) 935-9800

STIPULATION AND ORDER

3