KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelenreid.com
DANIEL MULLER, CA BAR NO. 193396
dmuller@thelenreid.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, California  95113
Telephone:  (408) 292-5800
Facsimile:  (408) 287-8040

Attorneys for Plaintiffs
1-800 BAR NONE, A FINANCIAL
CORPORATION, INC. and JAMES CROUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1-800 BAR NONE, A FINANCIAL CORPORATION, INC., a California corporation, JAMES CROUSE, individually and as designated representative of the former Bar None, Inc. shareholders,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>BRANDOW'S FAIRWAY CHRYSLER JEEP, INC., a Pennsylvania corporation, BRANDOW CHRYSLER JEEP COMPANY, a Pennsylvania corporation, BRANDOW CHEVROLET, INC., a New Jersey corporation, MARGARET M. STUSKI, an individual, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.:  C06-05507 CW<br><br><br><br>**STIPULATION TO EXTEND TIME TO ADD ADDITIONAL PARTIES OR CLAIMS; ORDER** |
| AND RELATED CROSS ACTIONS. | |

SV #281410 v2

-1-

1    WHEREAS, the Minute Order and Case Management Order filed December 5, 2006

2  provides the current deadline to add additional parties or claims as February 1, 2007.

3    WHEREAS, the parties agree that it is reasonable to extend the deadline to add additional

4  parties or claims in light of the mediation schedule.

5    WHEREAS, the parties agree that the extension of time to add additional parties or claims

6  does not currently affect other deadlines provided by the Minute Order and Case Management

7

8  Order filed December 5, 2006.  This is without prejudice to any party making a proper motion in

9  the future to modify the schedule or change the trial date.

10    Plaintiffs 1-800 BAR NONE, A FINANCIAL CORPORATION, INC. and JAMES

11  CROUSE ("Bar None"), and Defendants BRANDOW'S FAIRWAY CHRYSLER JEEP, INC.,

12  BRANDOW CHRYSLER JEEP COMPANY, BRANDOW CHEVROLET, INC., and

13

14  MARGARET M. STUSKI, by and through their undersigned counsel, hereby stipulate and agree

15  as follows:

16    To accommodate the mediation schedule, additional parties or claims may be added until

17  March 2, 2007.

18    **IT IS SO STIPULATED**

19

20

21

22

23

24

25

26

27

28

SV #281410 v2

STIPULATION TO EXTEND TIME TO ADD ADDITIONAL PARTIES OR CLAIMS –
Case No.:  C06-05507 CW

1   Dated:  2/1/2007                          THELEN REID BROWN RAYSMAN &
                                              STEINER LLP
2

3
                                              By _____
4                                                           /s/
                                                   Keith L. Slenkovich
5                                                  Daniel J. Muller
                                                   Richard Swope
6                                                  Attorneys for Plaintiffs
                                                   1-800 BAR NONE, A FINANCIAL
7                                                  CORPORATION, INC. and
                                                   JAMES CROUSE
8
    Dated:  1/31/2007
9
                                              By _____
10                                                          /s/
                                                   Paul B. Schroeder, Esq.
11                                                 Clifford Hirsch, Esq.
                                                   Alan L. Frank
12
                                                   Attorneys for Defendants
13                                                 BRANDOW'S FAIRWAY CHRYSLER JEEP,
                                                   INC., BRANDOW CHRYSLER JEEP
14                                                 COMPANY, and BRANDOW CHEVROLET,
                                                   INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SV #281410 v2                          -3-

1   Dated:  2/1/2007                     CLAPP, MORONEY, BELLAGAMBA, and
                                         VUCINICH
2                                        A PROFESSIONAL CORPORATION

3
                                         By  _____/s/_____
4                                            Jeffrey M. Vucinich, Esq.
                                             Joshua W. Rose, Esq.
5
                                             Attorneys for Defendant
6                                            MARGARET M. STUSKI

7

8                                        **ORDER**

9            IT IS SO ORDERED.

10

11
    DATED:  2/6/07
12                                       _____
                                         Honorable Judge Claudia Wilken
13                                       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SV #281410 v2                            -4-
STIPULATION TO EXTEND TIME TO ADD ADDITIONAL PARTIES OR CLAIMS –
Case No.:  C06-05507 CW