KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelenreid.com
DANIEL MULLER, CA BAR NO. 193396
dmuller@thelenreid.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, California  95113
Telephone:  (408) 292-5800
Facsimile:  (408) 287-8040

Attorneys for Plaintiffs
1-800 BAR NONE, A FINANCIAL
CORPORATION, INC. and JAMES CROUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1-800 BAR NONE, A FINANCIAL CORPORATION, INC., a California corporation, JAMES CROUSE, individually and as designated representative of the former Bar None, Inc. shareholders,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDOW'S FAIRWAY CHRYSLER JEEP, INC., a Pennsylvania corporation, BRANDOW CHRYSLER JEEP COMPANY, a Pennsylvania corporation, BRANDOW CHEVROLET, INC., a New Jersey corporation, MARGARET M. STUSKI, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.:  C06-05507 CW<br><br><br>**STIPULATION TO EXTEND TIME TO ADD ADDITIONAL PARTIES OR CLAIMS; ORDER** |

SV #284862 v1

-1-

1    WHEREAS, the Minute Order and Case Management Order filed December 5, 2006

2    initially provided the deadline to add additional parties or claims as February 1, 2007;

3    WHEREAS,  on February 1, 2007, the parties filed a stipulation extending this deadline to

4    March 2, 2006, which the Court approved;

5    WHEREAS, the parties are currently engaged in advanced settlement negotiations that

6    may resolve the case;

7

8    WHEREAS, the parties agree that it is reasonable to extend the deadline to March 16, 2007

9    in light of settlement negotiations;

10    WHEREAS, the parties agree that the extension of time to add additional parties or claims

11    does not currently affect other deadlines provided by the Minute Order and Case Management

12    Order filed December 5, 2006.  This is without prejudice to any party making a proper motion in

13    the future to modify the schedule or change the trial date.

14

15    Plaintiffs 1-800 BAR NONE, A FINANCIAL CORPORATION, INC. and JAMES

16    CROUSE ("Bar None"), and Defendants BRANDOW'S FAIRWAY CHRYSLER JEEP, INC.,

17    BRANDOW CHRYSLER JEEP COMPANY, BRANDOW CHEVROLET, INC., and

18    MARGARET M. STUSKI, by and through their undersigned counsel, hereby stipulate and agree

19    as follows:

20    In light of advanced settlement negotiations, additional parties or claims may be added

21    until March 16, 2007.

22

23    **IT IS SO STIPULATED**

24

25

26

27

28

1    Dated:  March 1, 2007                  THELEN REID BROWN RAYSMAN &
                                            STEINER LLP

2

3

                                       By   _____/s/_____

4                                               Keith L. Slenkovich
                                              Daniel J. Muller

5                                               Richard Swope
                                              Attorneys for Plaintiffs

6                                               1-800 BAR NONE, A FINANCIAL
                                              CORPORATION, INC. and

7                                               JAMES CROUSE

8

   Dated:  March 1, 2007

9

                                       By   _____/s/_____

10                                              Paul B. Schroeder, Esq.
                                              Clifford Hirsch, Esq.

11                                               Alan L. Frank

12                                               Attorneys for Defendants
                                              BRANDOW'S FAIRWAY CHRYSLER JEEP,

13                                               INC., BRANDOW CHRYSLER JEEP
                                              COMPANY, and BRANDOW CHEVROLET,

14                                               INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ADD ADDITIONAL PARTIES OR CLAIMS
Case No.:  C06-05507 CW

1

Dated:  March 1, 2007

CLAPP, MORONEY, BELLAGAMBA, and
VUCINICH
A PROFESSIONAL CORPORATION

2

3

By _____/s/_____

4

Jeffrey M. Vucinich, Esq.
Joshua W. Rose, Esq.

5

6

Attorneys for Defendant
MARGARET M. STUSKI

7

8

**ORDER**

9

IT IS SO ORDERED.

10

11

12

_____
Honorable Judge Claudia Wilken
UNITED STATES DISTRICT JUDGE

DATED:  3/5/07

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28