1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   kslenkovich@thelen.com
2  DANIEL MULLER, CA BAR NO. 193396
   dmuller@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
4  San Jose, California 95113
   Telephone: (408) 292-5800  Facsimile: (408) 287-8040
5
   Attorneys for Plaintiffs
6  1-800 BAR NONE, A FINANCIAL
   CORPORATION, INC. and JAMES CROUSE
7
   *Complete list of counsel of record on last page*
8

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11 | 1-800 BAR NONE, A FINANCIAL        | Case No.: C06-05507 CW
   | CORPORATION, INC., et al.,         |
12 |                                     |
   |            Plaintiffs,              |
13 |                                     |
   |     vs.                             | **STIPULATION FOR DISMISSAL**
14 |                                     |
   | BRANDOW'S FAIRWAY CHRYSLER          |
15 | JEEP, INC., et al.                  |
   |                                     |
16 |            Defendants.              |

17 | AND RELATED CROSS ACTIONS.
18

19         Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the

20 above-entitled action, Plaintiffs 1-800 BAR NONE, A FINANCIAL CORPORATION, INC.,

21 JAMES CROUSE, individually and as designated representative of the former Bar None, Inc.

22 shareholders, and Defendants BRANDOW'S FAIRWAY CHRYSLER JEEP, INC., BRANDOW

23 CHRYSLER JEEP COMPANY, BRANDOW CHEVROLET, INC., and MARGARET M.

24 STUSKI, by and through their counsel of record, hereby stipulate and agree that the above-entitled

25 action shall be, and hereby is, DISMISSED WITH PREJUDICE. Each of the parties shall bear

26 her or its own attorneys' fees and costs.

27         IT IS SO STIPULATED.

28

Dated: March 30, 2007

THELEN REID BROWN RAYSMAN & STEINER, LLP

_/s/ G. M Slenkovich_
**KEITH L. SLENKOVICH, ESQ.**
Attorney for Plaintiffs
1-800 Bar None, Inc., a California Corporation
and James Crouse, Designated Representative of the
Former Bar None, Inc. Shareholders

**CLIFFORD HIRSCH,**
**A Professional Law Corporation**

Dated: March __, 2007

_____
**PAUL B. SCHROEDER**
Attorney for Defendants/Cross Complainants
Brandow's Fairway Chrysler Jeep, Inc., a
Pennslyvania Corporation; Brandow Chrysler Jeep
Company, a Pennslyvania Corporation; And
Brandow Chevrolet, Inc., a New Jersey Corporation

**ALAN L. FRANK LAW ASSOCIATES**

_/s/ Alan L. Frank_

Dated: March 28, 2007

**ALAN L. FRANK**
Attorney for Defendants/Cross Complainants
Brandow's Fairway Chrysler Jeep, Inc., a
Pennslyvania Corporation; Brandow Chrysler Jeep
Company, a Pennslyvania Corporation; And
Brandow Chevrolet, Inc., a New Jersey Corporation

| | |
|---|---|
| | THELEN REID BROWN RAYSMAN & STEINER, LLP |
| Dated: March __, 2007 | _____ |
| | KEITH L. SLENKOVICH, ESQ. |
| | Attorney for Plaintiffs |
| | 1-800 Bar None, Inc., a California Corporation and James Crouse, Designated Representative of the Former Bar None, Inc. Shareholders |
| | |
| | CLIFFORD HIRSCH, |
| | A Professional Law Corporation |
| Dated: March 27, 2007 | *[signature: Paul B. Schroeder]* |
| | PAUL B. SCHROEDER |
| | Attorney for Defendants/Cross Complainants Brandow's Fairway Chrysler Jeep, Inc., a Pennsylvania Corporation; Brandow Chrysler Jeep Company, a Pennsylvania Corporation; And Brandow Chevrolet, Inc., a New Jersey Corporation |
| | |
| | ALAN L. FRANK LAW ASSOCIATES |
| Dated: March __, 2007 | _____ |
| | ALAN L. FRANK |
| | Attorney for Defendants/Cross Complainants Brandow's Fairway Chrysler Jeep, Inc., a Pennsylvania Corporation; Brandow Chrysler Jeep Company, a Pennsylvania Corporation; And Brandow Chevrolet, Inc., a New Jersey Corporation |

| | |
|---|---|
| 1 | **PORTER, SCOTT, WEIBERG & DELEHANT,** |
| 2 | **A Professional Corporation** |
| 3 | Dated: March 28, 2007 |
| 4 | _____ |
|   | **CARL L. FESSENDEN** |
| 5 | Attorney for Defendants/Cross Complainants |
|   | Brandow's Fairway Chrysler Jeep, Inc., a |
| 6 | Pennslyvania Corporation; Brandow Chrysler Jeep |
|   | Company, a Pennslyvania Corporation; And |
| 7 | Brandow Chevrolet, Inc., a New Jersey Corporation |

**CLAPP, MORONEY, BELLAGAMBA and VUCINICH**

Dated: March ___, 2007

_____
**JEFFREY M. VUCINICH**
**JAMES E. BURNS**
Attorneys for Defendant/Cross-Complainant
MARGARET M. STUSKI

|  | PORTER, SCOTT, WEIBERG & DELEHANT, A Professional Corporation |
|---|---|
| Dated: March __, 2007 | _____<br>**CARL L. FESSENDEN**<br>Attorney for Defendants/Cross Complainants Brandow's Fairway Chrysler Jeep, Inc., a Pennslyvania Corporation; Brandow Chrysler Jeep Company, a Pennslyvania Corporation; And Brandow Chevrolet, Inc., a New Jersey Corporation |
|  | **CLAPP, MORONEY, BELLAGAMBA and VUCINICH** |
| Dated: March 26, 2007 | _____<br>**JEFFREY M. VUCINICH**<br>**JAMES E. BURNS**<br>Attorneys for Defendant/~~Cross-Complainant~~ MARGARET M. STUSKI |



IT IS SO ORDERED
Judge Claudia Wilken

1  *CONTINUATION OF COMPLETE LIST OF COUNSEL*

2

3  PAUL B. SCHROEDER, CA BAR NO. 179527
   pschroeder@chirschlaw.com
4  CLIFFORD HIRSCH, A Professional Law Corporation
   100 Pringle Avenue, Suite 415
5  Walnut Creek, CA 94596
   Telephone: (925) 935-9800  Facsimile: (925) 935-9825
6

7  ALAN L. FRANK, Esq. (*pro hac vice*)
   afrank@alflaw.net
8  ALAN L. FRANK LAW ASSOCIATES
   8380 Old York Road, Suite 410
9  Elkins Park, PA 19027
   Telephone: (215) 935-1000  Facsimile: (215) 935-1110
10

11  CARL L. FESSENDEN, ESQ.
    cfessenden@pswdlaw.com
12  PORTER SCOTT WEIBERG & DELANT
    A PROFESSIONAL CORPORATION
13  350 University Ave., Suite 200
    Sacramento, CA 95825
14  Telephone: (916) 929-1481  Facsimile: (916) 927-3706

15

16  JEFFREY M. VUCINICH, CA BAR NO. 67906
    jvucinich@clappmoroney.com
17  JOSHUA W. ROSE, CA BAR NO. 191024
    jrose@clappmoroney.com
18  CLAPP, MORONEY, BELLAGAMBA, and VUCINICH
    1111 Bayhill Drive, Suite 300
19  San Bruno, CA 94066
    Telephone: (650) 989-5400  Facsimile: (650) 989-5499
20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL
Case No.: C06-05507 CW
SV #286671 v2

4